The judgment appealed from is reversed, with the direction that the complaint be dismissed.

---

TODD *et al* v. CARR *et al.*

Appeal will be dismissed, no abstract or briefs having been filed.

(Opinion filed Dec. 29, 1903.)

Appeal from circuit court, Custer county; Hon. LEVI MC-GEE, Judge.

Action by William D. Todd and others against C. F. Carr and others. Judgment for plaintiffs. Defendants appeal. Dismissed.

*Ed. L. Grantham*, for appellants.

*Buel R. Wood*, for respondents.

HANEY, P. J. This action was submitted under rule 21, at the April, 1902, term. No abstracts or briefs having been filed, the appeal is dismissed.

---

WELCH v. SYNOGROUND.

Where appellant has filed no brief, though more than six months have elapsed since the case was placed on the calendar and regularly submitted for decision, the court will presume that the appeal has been abandoned, and will either dismiss the same or affirm the judgment, as it may deem proper.

(Opinion filed Dec. 29, 1903.)